# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Marie Mendoza,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-03775-ADS<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND FOUR HUNDRED AND FIFTY DOLLARS AND 00/100 ($6,450.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED AND TWO DOLLARS AND 00/100dollars ($402.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 07/05/2024

/s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE